RECEIVED
IN MONROE, LA
JAN 0 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| WILLIAM MALONE | CIVIL ACTION NO. 05-0992-M |
| VS. | SECTION P |
| DALE DAUZAT, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that:

1. Plaintiff's medical care claims against all defendants including

   (A) **DALE DAUZAT** and,

   (B) **THE WARDEN OF TPDC** be **DISMISSED** *without prejudice* for failure to exhaust administrative remedies as mandated by the provisions of 42 U.S.C. §1997e(a); and, that

2. Plaintiff's excessive force claims against defendants

   (A) **CORRECTIONS OFFICER WYLONE JOHNSON,**

   (B) **SYSTEMS ADMINISTRATOR DEBORAH MILLER,**

   (C) **CHIEF OF SECURITY FRED SCHOONOVER,**

   (D) **DY. WARDEN JUDY McJIMASEY,**

   (E) **LT. NOLAN BASS** and

   (F) **SYSTEMS ADMINISTRATOR D. BATES**

be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be afforded in accordance with the provisions of 28 U.S.C. §§1915 and 1915A.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 9 day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE